**F I L E D**
CLERK, U.S. DISTRICT COURT

5/11/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ RAM _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. **2:22-CR-00197-DMG** |
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1343: Wire Fraud; 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| JUNG KYOO MOON, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 1343]

A.   INTRODUCTORY ALLEGATIONS

At all times relevant to this Information:

1.   Defendant JUNG KYOO MOON resided in Los Angeles County within the Central District of California.

2.   Defendant MOON exercised control over Open Bank account ending in 9977 (the "Open Bank Account") and other bank accounts (collectively the "Bank Accounts").

3.   Private lenders Business Backer, Next Wave, OnDeck, and Kapitus (the "victim lenders") issued loans to small business applicants.

4.     The victim lenders accepted electronic applications and, upon approval, transferred the loan funds to a business account designated by the applicant.

5.     Approved applicants were required to pay back the loan, including a predetermined amount of interest.

B.    SCHEME TO DEFRAUD

6.     Beginning no later than in or about February 2016, and continuing until at least in or about January 2020, in Los Angeles County, and elsewhere, defendant MOON, together with others, knowingly and with the intent to defraud and cheat, devised, participated in, and executed a scheme to defraud victim lenders as to material matters, and to obtain money from victim lenders by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

7.     The fraudulent scheme operated, in substance, in the following manner:

a.     Defendant MOON and his co-schemers would open Bank Accounts in the names of businesses.

b.     Defendant MOON and his co-schemers would use the Bank Account numbers of the businesses to create false bank statements that appeared to show financial transactions of the businesses.

c.     Defendant MOON and his co-schemers would use the false and forged bank statements to apply for loans from the victim lenders.

d.     Defendant MOON and his co-schemers would use counterfeit California driver's licenses to apply for the loans from the victim lenders.

e.     Defendant MOON and his co-schemers would create email

1    accounts with Google, that is, Gmail accounts, which defendant would

2    access and use to communicate with victim lenders in furtherance of

3    the fraudulent scheme.

4            f.    Defendant MOON and his co-schemers would also use

5    temporary phones and phone numbers when communicating with the victim

6    lenders in furtherance of this scheme to defraud the victim lenders.

7            g.    By applying for loans using false information and

8    documents, defendant MOON would cause the victim lenders to approve

9    the loan applications and transfer loan funds to the Bank Accounts in

10   the names of businesses that defendant and his co-schemers

11   controlled.

12           h.    After receiving the loan funds from the private

13   lenders, defendant MOON and his co-schemers would transfer most, if

14   not all, of the funds out of the bank accounts they controlled into

15   other bank accounts they controlled.

16           i.    Defendant MOON would then close the Bank Accounts in

17   the names of businesses.

18           j.    Defendant MOON and his co-schemers then would either

19   not make any payments or stop making payments to the victim lenders.

20           k.    In all, defendant MOON and his co-schemers

21   fraudulently obtained at least 21 loans as part of this scheme,

22   through which defendant obtained at least $1,491,820.00 in loans.  Of

23   that amount, defendant paid back only $83,892.13, resulting in a loss

24   of approximately $1,407,927.87 to the victim lenders.

25   C.    USE OF THE WIRES

26       8.    On or about January 3, 2020, in Los Angeles County, within

27   the Central District of California, and elsewhere, for the purpose of

28   executing the above-described scheme to defraud, defendant MOON

3

caused the transmission of a wire and radio communication in interstate and foreign commerce, namely, a wire transfer of $60,000 from Rapid Finance originating in Maryland to the Open Bank Account ending in 9977 in California.

FORFEITURE ALLEGATION

[18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)]

1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Information.

2.    The defendant, if so convicted, shall forfeit to the United States of America the following:

      (a)   All right, title, and interest in any and all property, real or personal, constituting, or derived from, any proceeds traceable to the offenses; and

      (b)   To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.    Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//

//

substantially diminished in value; or (e) has been commingled with

other property that cannot be divided without difficulty.


                                    TRACY L. WILKISON
                                    United States Attorney


                                    *Christina Shay* for SMG

                                    SCOTT M. GARRINGER
                                    Assistant United States Attorney
                                    Chief, Criminal Division

                                    JERRY C. YANG
                                    Assistant United States Attorney
                                    Chief, Riverside Branch Office

                                    RUBEN ESCALANTE
                                    Assistant United States Attorney
                                    Riverside Branch Office