UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 22-197-DMG |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE PURSUANT TO PLEA AGREEMENT [18] |
| v. | |
| JUNG KYOO MOON, | |
| Defendant. | |

Upon consideration of the application of Plaintiff, United States of America, for a preliminary order of forfeiture pursuant to the plea agreement of, and guilty plea to the single count of the Information entered by, defendant JUNG KYOO MOON, and, good cause appearing thereon, IT IS HEREBY ORDERED:

## I. FORFEITABLE PROPERTY

For the reasons set out below, any right, title and interest of defendant Jung Kyoo Moon in the following described property (hereinafter, the "Forfeitable Property") is hereby forfeited to the United States.  The Court finds that the

government has established the requisite nexus between the Forfeitable Property and the offenses described in the single-count Information, which charges defendant with wire fraud, in violation of 18 U.S.C. § 1343.  The Forfeitable Property is more particularly described as: $27,372.00 in U.S. currency that was seized on September 24, 2020.

**II. IMPLEMENTATION**

IT IS FURTHER ORDERED as follows:

A.   Upon the entry of this Order, and pursuant to Fed. R. Crim. P. 32.2(b)(3) and 21 U.S.C. § 853, the United States Attorney General (or a designee) is authorized to seize the Forfeitable Property.

B.   Upon entry of this Order, the United States is further authorized to conduct any discovery for the purpose of identifying, locating, or disposing of the Forfeitable Property subject to forfeiture pursuant to this Order, 21 U.S.C. § 853(m) and Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure. "Any discovery" shall include all methods of discovery permitted under the Federal Rules of Civil Procedure.

C.   Upon entry of this Order (and at any time in the future after amendment of the applicable order of forfeiture in this matter), the United States Attorney General (or a designee) is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this and any other Order affecting specific property. The following paragraphs shall apply to any ancillary proceeding conducted in this matter:

1      (1)  Pursuant to 21 U.S.C. § 853(n)(1) and

2 Supplemental Rule G(4)(a)(iv)(C) of the Supplemental Rules for

3 Admiralty or Maritime Claims and Asset Forfeiture Actions, the

4 government shall forthwith publish for at least thirty (30)

5 consecutive days on an official government website notice of

6 this order and any other Order affecting the Forfeitable

7 Property, and notice that any person, other than the defendant,

8 having or claiming a legal interest in the property must file a

9 petition with the Court within thirty (30) days of the

10 publication of notice or receipt of actual notice, whichever is

11 earlier.  The United States shall also, to the extent

12 practicable, provide written notice to any person known to have

13 an alleged interest in the Forfeitable Property.

14      (2)  Any person other than defendant JUNG KYOO MOON

15 ("defendant") asserting a legal interest in the Forfeitable

16 Property may, within thirty days of the publication of notice or

17 receipt of notice, whichever is earlier, petition the court for

18 a hearing without a jury to adjudicate the validity of his or

19 her alleged interest in the property, and for an amendment of

20 the order of forfeiture, pursuant to 21 U.S.C. § 853(n)(2).

21      (3)  Any petition filed by a third party asserting an

22 interest in the Forfeitable Property shall be signed by the

23 petitioner under penalty of perjury and shall set forth the

24 nature and extent of the petitioner's right, title, or interest

25 in such property, the time and circumstances of the petitioner's

26 acquisition of the right, title or interest in the property, any

27 additional facts supporting the petitioner's claim, and the

28 relief sought. 21 U.S.C. § 853(n)(3).

(4)   The United States shall have clear title to the Forfeitable Property following the Court's disposition of all third-party interests or, if no petitions are filed, following the expiration of the period provided in 21 U.S.C. § 853(n)(2) for the filing of third-party petitions.

D.   Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to defendant JUNG KYOO MOON at sentencing and shall be made part of his sentence and included in his judgment.

E.   The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

DATED: May 27, 2022

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE