E. MARTIN ESTRADA
United States Attorney
MACK JENKINS
Assistant United States Attorney
Chief, Criminal Division
SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office
ABIGAIL W. EVANS (SBN 249629)
Assistant United States Attorney
Riverside Branch Office
     3403 Tenth Street, Suite 200
     312 North Spring Street
     Riverside, California 92701
     Telephone: (951) 276-6086
     Facsimile: (951) 276-6237
     E-mail:   Abigail.W.Evans@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | LA CR No. 22-00197-DMG |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF REASSIGNMENT OF CRIMINAL CASE |
| FRANCISCO SANCHEZ-MARTINEZ, | |
| Defendant. | |

Plaintiff, United States of America, hereby advises the Court that the above-captioned case has been reassigned to a new Assistant United States Attorney ("AUSA") as follows:

|  | Name | E-Mail Address |
|---|---|---|
| Previously Assigned AUSA | Ruben Escalante | Ruben.Escalante@usdoj.gov |
| Newly Assigned AUSA | Abigail W. Evans | Abigail.W.Evans@usdoj.gov |

1    Please make all necessary changes to the Court's case
2 Management/Electronic Case Filing system to ensure that the newly
3 assigned AUSA is associated with this case and receives all e-mails
4 relating to filings in this case.

Dated: January 20, 2023        Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK JENKINS
Assistant United States Attorney
Chief, Criminal Division

SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office

           /s/
ABIGAIL W. EVANS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA